**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

BEN SALAH GHASSEN,

Petitioner

v.

JOHN MATTOS, et al.,

Respondents

Case No.: 2:26-cv-02895-APG-MDC

**Order Granting Motions to Dismiss**

[ECF Nos. 7, 11]

Petitioner Ben Salah Ghassen moves to voluntarily dismiss this case because he has another petition pending before Judge Boulware. I grant that motion and deny as moot the respondents' motion to dismiss.

I THEREFORE ORDER that the respondents' motion to dismiss (ECF No. 7) is DENIED as moot.

I FURTHER ORDER that the petitioner's motion to dismiss (ECF No. 11) is GRANTED. This case is dismissed without prejudice to the petitioner pursuing his petition in Case No. 2:26-cv-3217-RFB-EJY. The clerk of court is instructed to close this case.

DATED this 16th day of October, 2026.

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE